JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WOLFE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE CO., A corporation; SHERYL BARR, an individual; and DOES 1 through 250, inclusive,<br><br>　　　　Defendants. | Case No. SA CV07-0836-DOC (RNBx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

　　　Based on the Joint Stipulation filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

　　　1.　The above-captioned case be dismissed with prejudice as to all claims, causes of action and Defendants in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court will retain jurisdiction to enforce the parties' settlement agreement in this matter.

　　　2.　Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: July 11, 2008

　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.